IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Crim. No. 05-cr-00342-REB
Civil No. 11-cv-00063-REB

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

3. CARL W. PURSLEY, Jr.,

    Defendant/Movant.

_____

## JUDGMENT
_____

Pursuant to and in accordance with the Order entered by the Honorable Robert E. Blackburn [#745], filed July 23, 2013, the following Judgment is hereby entered:

1. That the Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [# 657] filed January 10, 2011 by defendant-movant Carl W. Pursley, Jr. is DENIED; and

2. That under 28 U.S.C. § 2253(c), a certificate of appealability is DENIED.

3. The corresponding civil action is hereby CLOSED.

Dated at Denver, Colorado this __23rd__ day of July, 2013.

                              FOR THE COURT:

                              JEFFREY P. COLWELL, CLERK

                              By: _s/ Edward P. Butler_
                                    Edward P. Butler, Deputy Clerk